IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GORMIDOU Y. LAVELA,

                   ORDER

      Petitioner,

                   13-cv-431-bbc

  v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

      Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

   In an order dated August 13, 2013, dkt. #7, I directed petitioner Gormidou Lavela to show cause why his motion to waive PACER fees should remained sealed. In his response, petitioner says that "[t]here is no compelling public interest in having [his filings] unsealed," dkt. #10, but he has the standard backwards. In federal court, all filings are presumptively public; a party who wishes to keep a document under seal must point to a statute or privilege that justifies nondisclosure. United States v. Foster, 564 F.3d 852, 853 (7th Cir. 2009). Petitioner refers generally to his "right to privacy," but he does not point to any particular authority for keeping his filings secret or even a specific reason for doing so. Accordingly, I am directing the clerk of court to unseal petitioner's motion to waive PACER fees.

ORDER

IT IS ORDERED that the clerk of court is directed to UNSEAL petitioner Gormidou Lavela's motion to waive PACER fees. Dkt. #6.

Entered this 23d day of September, 2013.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge